# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 17, 2019

159717

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TOYIA JANAE ALDERMAN,
      Defendant-Appellant.

SC: 159717
COA: 347769
Wayne CC: 18-006700-FH

_____/

On order of the Court, the application for leave to appeal the April 10, 2019 order of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court to address whether, in light of this Court's decision in *People v Burrell,* 417 Mich 439 (1983), the defendant's continued detention, after she produced a valid temporary driver's license and the police confirmed that the car she was driving was registered to the holder of the license, was supported by "specific and articulable facts," *Terry v Ohio,* 392 US 1, 21 (1968), which, taken together with rational inferences from those facts, provided the police with "a particularized and objective basis," for suspecting the defendant of criminal activity. *United States v Cortez,* 449 US 411, 417 (1981).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2019



Clerk

p0716